**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Oscar M. TAMEZ, Defendant–
Appellant.**

No. 02–30149.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 21, 2003.

Before: PREGERSON, REINHARDT, and GRABER, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Oscar M. Tamez appeals the 97–month sentence imposed following his guilty plea conviction for conspiracy to distribute methamphetamine and/or marijuana and drug possession/distribution in violation of 21 U.S.C. §§ 846, 841(a)(1) and 18 U.S.C. § 2. We dismiss for lack of jurisdiction.

Tamez contends the district court erred by departing downward only five levels based on substantial assistance pursuant to U.S.S.G. § 5K1.1 and by departing downward only two levels based on family ties and responsibilities pursuant to U.S.S.G. § 5H1.6 and 5K2.0. We lack the jurisdiction to review the extent of a district court's downward departure. *See United States v. Vizcarra–Angulo*, 904 F.2d 22, 23 (9th Cir.1990).

**DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.